UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 18, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

THANH NGUYEN,

Defendant.

Case No. 2:19-mj-00172-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __THANH NGUYEN__, Case No. __2:19-mj-00172-DB__ Charge __21 USC § 846__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 200,000.00 pending the posting of a secured bond in the amount of $200,000

*Signed by N and wife*

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on October 18, 2019 at __2:30 p__

By: _____
Magistrate Judge Carolyn K. Delaney